

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00472-CR

Yessica Y. **PECINA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 491719
The Honorable Robert Behrens, Judge Presiding

## O R D E R

Appellant's brief was due to be filed with this court by October 26, 2016. *See* TEX. R. APP. P. 38.6(a). On November 4, 2016, we advised Appellant's court-appointed counsel Edward Francis Shaughnessy III that the brief was late and directed him to respond by November 14, 2016. To date, Appellant has not filed a motion for extension of time to file the brief or the brief.

We ORDER Appellant's attorney Edward Francis Shaughnessy to either file Appellant's brief or a motion to dismiss this appeal within TEN DAYS of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against appellant's counsel." *Id.* R. 38.8(b)(4).


_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.



Keith E. Hottle
Clerk of Court